IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br> v. <br><br> EXPEDIA, INC. ET AL., <br><br> Defendant. | Case No. 6:20-cv-801-ADA |
| v. <br><br> EBAY INC., <br><br> Defendant. | Case No. 6:20-cv-802-ADA |
| v. <br><br> FACEBOOK, INC. <br><br> Defendant. | Case No. 6:20-cv-803-ADA |
| v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-804-ADA |
| v. <br><br> ATLASSIAN CORP. PLC ET AL., <br><br> Defendant. | Case No. 6:20-cv-805-ADA |

**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF DEFENDANTS'
RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Phillip E. Morton, hereby declare:

1.　　I am a partner with Cooley LLP and counsel to Defendant Facebook, Inc. ("Facebook" or "Defendant"). I make this declaration in support of Defendants' Responsive Claim Construction Brief.

1

2. I have personal knowledge of the facts contained within this declaration, and if called as a witness, would testify to the matters contained herein.

3. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 6,546,397.

4. Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 7,594,168.

5. Attached hereto as Exhibit C is a true and correct copy of United States Patent No. 9,063,755.

6. Attached hereto as Exhibit D is a true and correct copy of United States Patent No. 9,471,287.

7. Attached hereto as Exhibit E is a true and correct copy of United States Patent No. 9,928,044.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts of Steven Rempell's March 29, 2018 deposition transcript.

9. Attached hereto as Exhibit G is a true and correct copy of Amendment After Final Under 37 C.F.R. §1.116, dated January 17, 2002, from the file history for U.S. Pat. No. 6,546,397.

10. Attached hereto as Exhibit H is a true and correct copy of Amendment "A" Under 37 C.F.R. §1.111, dated June 5, 2001, from the file history for U.S. Pat. No. 6,546,397.

11. Attached hereto as Exhibit I is a true and correct copy of *Express Mobile, Inc. v. GoDaddy.com, LLC*, Case No. 1:19-cv-01937-RGA, Joint Claim Construction Chart, dated December 7, 2020.

12. Attached hereto as Exhibit J is a true and correct copy of *Express Mobile, Inc. v.*

*GoDaddy.com, LLC*, Case No. 1:19-cv-01937-RGA, Memorandum Opinion, dated June 1, 2021.

13. Attached hereto as Exhibit K is a true and correct copy of *Express Mobile, Inc. v. eGrove Systems Corp.*, Case No. 1:17-cv-703-RGA, Joint Claim Construction Brief, dated August 6, 2018.

14. Attached hereto as Exhibit L is a true and correct copy of *Express Mobile, Inc. v. Wix.com, Ltd.*, Case No. 3:19-cv-06559-RS, Plaintiff Express Mobile, Inc.'s Opening Claim Construction Brief

15. Attached hereto as Exhibit M is a true and correct copy of *X.Commerce, Inc. v. Express Mobile, Inc.*, Case No. 17-cv-02605-RS, Order Construing Claims, dated September 10, 2018.

16. Attached hereto as Exhibit N is a true and correct copy of *Express Mobile, Inc. v. Svanaco, Inc.*, Case No. 32:17-CV-00130-JRG-RSP, Claim Construction Memorandum Opinion and Order, dated February 7, 2018.

17. Attached hereto as Exhibit O is a true and correct copy of Amendment "A" Under 37 C.F.R. §1.111, dated March 6, 2013, from the file history for U.S. Pat. No. 9,063,755.

18. Attached hereto as Exhibit P is a true and correct copy of Amendment Under 37 C.F.R. §1.111, dated January 16, 2014, from the file history for U.S. Pat. No. 9,063,755.

19. Attached hereto as Exhibit Q is a true and correct copy of Appeal Brief filed under 37 C.F.R. § 1.192, dated November 26, 2014, from the file history for U.S. Pat. No. 9,063,755.

20. Attached hereto as Exhibit R is a true and correct copy of *Shopify Inc. v. Express Mobile, Inc.*, Case No. 1:19-cv-00439-RGA, Joint Claim Construction Brief, dated May 8, 2020.

21. Attached hereto as Exhibit S is a true and correct copy of Preliminary Amendment B, dated July 16, 2015, from the file history for U.S. Pat. No. 9,471,287.

22. Attached hereto as Exhibit T is a true and correct copy of Examiner-Initiated Interview Summary, dated June 8, 2016, from the file history for U.S. Pat. No. 9,471,287.

23. Attached hereto as Exhibit U is a true and correct copy of Notice of Allowability, dated May 8, 2015, from the file history for U.S. Pat. No. 9,471,287.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Washington, DC on this 22nd day of June, 2021.

                                          */s/ Phillip E. Morton*
                                          Phillip E. Morton