**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br>         Plaintiff, <br>     v. <br><br> EXPEDIA, INC. ET AL., <br><br>         Defendant. | Case No. 6:20-cv-801-ADA |
|     v. <br><br> EBAY INC., <br><br>         Defendant. | Case No. 6:20-cv-802-ADA |
|     v. <br><br> FACEBOOK, INC. <br><br>         Defendant. | Case No. 6:20-cv-803-ADA |
|     v. <br><br> GOOGLE LLC, <br><br>         Defendant. | Case No. 6:20-cv-804-ADA |
|     v. <br><br> ATLASSIAN CORP. PLC ET AL., <br><br>         Defendant. | Case No. 6:20-cv-805-ADA |

**DECLARATION OF ROBERT F. KRAMER IN SUPPORT OF PLAINTIFF EXPRESS MOBILE, INC.'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Robert F. Kramer, declare as follows:

1.  I submit this declaration in support of Plaintiff Express Mobile, Inc.'s Reply Claim Construction Brief. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto. I am an attorney with Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP and serve as counsel for Express Mobile, Inc. in several of the above-captioned matters.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the Supplemental Declaration of Glenn E. Weadock in Support of Plaintiff's Reply Claim Construction Brief.

3.  Attached hereto as **Exhibit 1A** is a true and correct copy of selected pages from the deposition of Christopher Schmandt taken on December 13, 2017 in *Express Mobile, Inc. v. Svanaco, Inc.*, Case No. 2:17-cv-130.

4.  Attached hereto as **Exhibit 1B** is a true and correct copy of selected pages from the deposition of Christopher Schmandt taken on April 17, 2020 in *Shopify Inc. v. Express Mobile, Inc.*, Case No. 1:19-cv-439.

5.  Attached hereto as **Exhibit 1C** is a true and correct copy of a webpage excerpt https://en.wikipedia.org/wiki/Interpreter_(computing).

6.  Attached hereto as **Exhibit 1D** is a true and correct copy of selected pages from Robert W. Sebesta, Concepts of Programming Languages (10th ed. 2012).

7.  Attached hereto as **Exhibit 1E** is a true and correct copy of a webpage excerpt, *Fun with Ruby's Abstract Syntax Trees*, Peter Cooper (December 15, 2008), www.rubyinside.com/fun-with-rubys-abstract-syntax-trees-1401.html.

8.  Attached hereto as **Exhibit 1F** is a true and correct copy of a web article, Ratha KM, *What Is Node.js for Java Developers* (Dec. 22, 2016), https://dzone.com/articles/what-is-nodejs-for-java-developers.

9. Attached hereto as **Exhibit 1G** is a true and correct copy of a webpage excerpt, https://mathworld.wolfram.com/AbstractMachine.html, Wolfram Mathworld – *Definition of Abstract Machine*.

10. Attached hereto as **Exhibit 1H** is a true and correct copy of a webpage, https://sites.google.com/site/jennetruong0501/statistical-information/google-chrome, Google Chrome – *The Development of the Internet*.

11. Attached hereto as **Exhibit 1I** is a true and correct copy of selected pages from David Flanagan, JavaScript: The Definitive Guide (Paula Ferguson, et al., eds., 4th ed. 2002).

12. Attached hereto as **Exhibit 1J** is a true and correct copy of webpage from TechRepublic, https://www.techrepublic.com/article/manipulating-strings-with-javascript/, Baseline, Inc., *Manipulating Strings With JavaScript* (February 9, 2004),

13. Attached hereto as **Exhibit 1K** is a true and correct copy of website excerpt, https://www.c.utexas.edu/ftp/garbage/cs345/schintro-v14/schintro_112.html, *An Introduction to Scheme and its Implementation*, "Interpretation and Compilation," University of Texas, February 19, 1997.

14. Attached hereto as **Exhibit 1M** is a true and correct copy of a webpage excerpt, https://mathworld.wolfram.com/VirtualMachine.html, *Wolfram Mathworld – Definition of Virtual Machine.*

15. Attached hereto as **Exhibit 1N** is a true and correct copy of selected pages from the deposition of Andre Kruetzfeldt taken on December 6, 2017, in *Express Mobile, Inc. v. Svanaco, Inc.*, Case No. 2:17-CV-00130

16. Attached hereto as **Exhibit 1O** is a true and correct copy of selected pages form the deposition of Glenn E. Weadock taken on March 25, 2020, in *Shopify Inc. v. Express Mobile, Inc.*,

Case No. 1:19-cv-439.

17. Attached hereto as **Exhibit 1P** is a true and correct copy of a webpage excerpt, https://en.wikipedia.org/wiki/Abstract_machine.

18. Attached hereto as **Exhibit 1Q** is a true and correct copy of selected pages from Maurizio Gabbrielli and Simone Martini, Programming Languages: Principles and Paradigms, (Ian Macki, ed., 2010).

19. Attached hereto as **Exhibit 1R** is a true and correct copy of selected pages from *Syntax and Semantics*, Peter Seibel, Apress, 2005.

20. Attached hereto as **Exhibit 1S** is a true and correct copy of Brian W. Kernigham et al., *Timing Trials, of, the Trials of Timing: Experiments with Scripting and User-Interface Languages*, *J. of Software: Practice and Experience*.

21. Attached hereto as **Exhibit 1T** is a true and correct copy of selected pages from Tom Fox, *System of the Month: Technico SS-16*, Interface Age, February 1980 at 94.

22. Attached hereto as **Exhibit 1U** is a true and correct copy of selected pages from Robert W. Sebesta, Concepts of Programming Languages (Matt Goldstein et al., eds., 11th ed. 2015).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 8, 2021          By: /s/ *Robert F. Kramer*
                                  Robert F. Kramer