UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>EBAY INC,<br><br>    Defendant. | Case No. 21-cv-06656-RS<br><br>**ORDER REQUESTING STATUS INFORMATION** |

As promptly as practical, the parties shall file a joint statement setting out their positions as to whether this matter should be included in the pending claim construction proceedings in the other *Express Mobile* cases, or whether a separate case management conference should be scheduled herein.

**IT IS SO ORDERED**.

Dated: October 7, 2021

RICHARD SEEBORG
Chief United States District Judge